# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

W.L. JONES,

    Plaintiff,

v.

D.K. SISTO, et al,

    Defendants.

Case No. 2:08-CV-01382-LDG

**ORDER**

On June 9, 2011, this court dismissed Plaintiff's Complaint and granted Plaintiff leave to file an amended complaint within thirty days of the date of service of that order (#6). The court further warned Plaintiff that failure to timely file an amended complaint could result in dismissal of Plaintiff's action. More than double the time granted having elapsed without any correspondence from Plaintiff,

THE COURT HEREBY ORDERS that this case is DISMISSED.

DATED this \_\_\_\_\_ day of September, 2011.

_____
Lloyd D. George
United States District Judge